**FRANK A. WEISER**, State Bar No. 89780
Attorney at Law
3470 Wilshire Blvd., Suite 614
Los Angeles, California 90010
Telephone: (213) 384-6964
Facsimile:  (213) 383-7368
E-Mail:  maimons@aol.com

Attorney for Plaintiffs
PAVILIONS MOTEL,
INC., SAEED FARZAM,
GOHARSHAD FARZAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVILIONS MOTEL, INC.; SAEED FARZAM; GOHARSHAD FARZAM, <br><br> Plaintiffs, <br><br> v <br><br> CITY OF SANTA MONICA, a municipal corporation; ELIO PALACIOS; Does 1 to 10 inclusive, <br><br> Defendants. | Case No.: CV25-05523-FLA-JC <br><br> [Hon. Fernando L. Aenlle-Rocha] <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

1

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT pursuant to a settlement of all pending litigation in federal and state court between the Plaintiffs PAVILIONS MOTEL, INC., SAEED FARZAM, and GOHARSHAD FARZAM (collectively **"**Plaintiffs**"**) and the Defendants CITY OF SANTA MONICA, a municipal corporation and ELIO PALACIOS (collectively "Defendants")**,** Plaintiffs hereby voluntarily **dismiss the entire case with prejudice** as to all Defendants. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Since the Defendants have not served either an answer, or a motion for summary judgment, this dismissal is made without a court order under Rule 41(a)(1)(A)(i).

DATED: February 26, 2026     LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser
_____
 FRANK A. WEISER, Attorney for
 for Plaintiffs PAVILIONS MOTEL,
 INC., SAEED FARZAM,
 GOHARSHAD FARZAM